UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13bk31939 |
| H & F INVESTMENT GROUP LLC ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FRANKGECKER LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 38,139.50 | TOTAL COSTS REQUESTED: | $ 357.60 |
| TOTAL FEES REDUCED: | $ 600.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 37,539.50 | TOTAL COSTS ALLOWED: | $ 357.60 |

**TOTAL FEES AND COSTS ALLOWED: $ 37,897.10**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1) Computational or Typographical Error – TOTAL of disallowed amounts: $**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: _____, 2014

Timothy A. Barnes
United States Bankruptcy Judge

22 OCT 2014

Estate of H & F Investments Group, LLC                                                              Page    2

Invoice Dated:   September 30, 2014

**Regarding:   Estate of H & F Investment Group LLC; Case No. 13-31939**

For Professional Services Rendered Through August 31, 2014                          Invoice #:  6458
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---|---|
| | <u>Administration</u> | | |
| 9/4/2013 | Prepare for and appear in court on motion to lift stay.<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 9/11/2013 | Review motion to dismiss.<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 9/12/2013 | Confer with Frances Gecker regarding motion to dismiss (.3); communicate with Lender's counsel regarding motion to dismiss (.1).<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 9/13/2013 | Research case law on motion to dismiss.<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 9/23/2013 | Research issues on motion to dismiss in preparation of filing response (.5).<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 10/14/2013 | Draft omnibus objection to debtor's motions to dismiss.<br>Zane L. Zielinski | 1.50<br>$365.00 | $547.50 |
| 10/15/2013 | Revised objection to debtor's motions (1.5); review communications regarding status of rents (.4).<br>Zane L. Zielinski | 1.90<br>$365.00 | $693.50 |
| 10/16/2013 | Prepare for and attend hearing on motion to dismiss.<br>Zane L. Zielinski | 2.50<br>$365.00 | $912.50 |
| 10/18/2013 | Review motion to lift stay and telephone conference with to movant regarding same (.4); research public records regarding real estate (.4).<br>Zane L. Zielinski | 0.80<br>$365.00 | $292.00 |
| 10/22/2013 | Prepare for and attend state court matter vacating appointment of Receiver (1.5); draft amended affidavit for J. Joseph (.5); telephone conference with J. Joseph regarding appointment (.2).<br>Zane L. Zielinski | 2.20<br>$365.00 | $803.00 |
| 11/25/2013 | Review and respond to state court pleadings.<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 1/13/2014 | Communicate regarding agreed stipulation issues for state court.<br>Zane L. Zielinski | 0.30<br>$375.00 | $112.50 |

Estate of H & F Investments Group, LLC                                       Page    3

Invoice Dated: September 30, 2014

**Regarding:   Estate of H & F Investment Group LLC; Case No. 13-31939**

For Professional Services Rendered Through August 31, 2014            Invoice #:  6458
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| 4/8/2014 | Attend court hearing on motion for allowance and payment of administrative expense.<br>Jeremy C. Kleinman | 0.80<br>$385.00 | $308.00 |
| 4/29/2014 | Attend hearing on motion for payment of administrative expense.<br>Jeremy C. Kleinman | 0.80<br>$385.00 | $308.00 |
|  | Total Charges This Matter |  | 14.50  $5,327.50 |

Estate of H & F Investments Group, LLC                                                    Page    4

Invoice Dated:  September 30, 2014

**Regarding:**    **Estate of H & F Investment Group LLC; Case No. 13-31939**

For Professional Services Rendered Through August 31, 2014                     Invoice #:  6458
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| | **Operation of Business** | | |
| 9/6/2013 | Research tenants and related executory contracts (.5); meet with representative of debtor regarding lease payments, and expenses, and review documents tendered by representative (.8).<br>Zane L. Zielinski | 1.30<br>$365.00 | $474.50 |
| 9/20/2013 | Review bounced check, and send letter to Debtor's counsel.<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 9/25/2013 | Draft and revise letters to all tenants of shopping mall regarding bankruptcy case filing and new address for rent collection (1.2); send all letters by overnight delivery (.40).<br>Christina S. Smith | 1.60<br>$175.00 | $280.00 |
| 10/15/2013 | Draft turnover of rents motion.<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 10/18/2013 | Draft letter to debtor's counsel regarding undisclosed real estate.<br>Zane L. Zielinski | 0.10<br>$365.00 | $36.50 |
| 10/21/2013 | Draft follow-up request for documents to Debtor's counsel regarding business operations and rent.<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 11/21/2013 | Review insurance documents (.2); telephone conference with insurance broker regarding payment (.2); draft letter to pay insurance (.1).<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 1/24/2014 | Review lease payments and related budget documents for motion to authorize trustee to run business.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 1/27/2014 | Draft motion to authorize trustee to run business (1.7); telephone conference with J. Joseph regarding same (.3).<br>Zane L. Zielinski | 2.00<br>$375.00 | $750.00 |
| 1/30/2014 | Telephone conference with insurance adjuster regarding issues (.2); review insurance claim issue (.8); telephone conference with banks' counsel regarding operating issues (.3).<br>Zane L. Zielinski | 1.30<br>$375.00 | $487.50 |
| 2/4/2014 | Review details related to damage to property.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |

Estate of H & F Investments Group, LLC                                                              Page   5

Invoice Dated:   September 30, 2014

---

**Regarding:   Estate of H & F Investment Group LLC; Case No. 13-31939**

For Professional Services Rendered Through August 31, 2014                    Invoice #:   6458
Per Attached Description:

|  | Hours | Amount |
|---|---|---|
| 2/5/2014 Draft motion, and review contract related to retaining insurance adjuster, draft affidavit, and proposed order (1.0); review budget and draft motion to authorize operating business (1.5).<br>Zane L. Zielinski | 2.50<br>$375.00 | $937.50 |
| 2/12/2014 Prepare for and appear in court on motion to approve employment of adjuster, and authorization to operate business.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 2/17/2014 Review invoices and payments that need to be made to continue operating business.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 2/21/2014 Organize and summarize invoices received from Frontline Real Estate Partners.<br>Christina S. Smith | 1.00<br>$175.00 | $175.00 |
| 3/17/2014 Review chart of rent collected.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 3/20/2014 Review outstanding bills, and invoices and prepare a reconciliation for expenses.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 3/25/2014 Review insurance payment related to damage to building (.5); meet with owner related to same (.3).<br>Zane L. Zielinski | 0.80<br>$375.00 | $300.00 |
| 5/30/2014 Review final invoices for management.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 8/6/2014 Review expenses paid during the operation of the shopping mall, in preparation of reports.<br>Zane L. Zielinski | 2.00<br>$375.00 | $750.00 |
| Total Charges This Matter | 21.90 | $7,655.50 |

Estate of H & F Investments Group, LLC

Page 6

Invoice Dated: September 30, 2014

**Regarding:** **Estate of H & F Investment Group LLC; Case No. 13-31939**

For Professional Services Rendered Through August 31, 2014

Invoice #:  6458

Per Attached Description:

| | Hours | Amount |
|---|---|---|
| Retention of Professionals/Fee Applications | | |
| 9/12/2013 Draft and revise motion to employ FrankGecker as Trustee's counsel; prepare notice, order and service list.<br>Christina S. Smith | 0.50<br>$175.00 | $87.50 |
| 9/12/2013 Review motion to retain.<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 9/16/2013 Draft and revise motion to employ Trustee's counsel.<br>Christina S. Smith | 0.50<br>$175.00 | $87.50 |
| 9/16/2013 Draft and revise affidavit in support of motion to employ Trustee's counsel.<br>Christina S. Smith | 0.20<br>$175.00 | $35.00 |
| 9/18/2013 File and serve motion to employ real estate broker.<br>Christina S. Smith | 0.50<br>$175.00 | $87.50 |
| 9/24/2013 Prepare for and appear in court on motion to retain broker / counsel.<br>Zane L. Zielinski | 0.80<br>$365.00 | $292.00 |
| Total Charges This Matter | 2.80 | $699.00 |

Estate of H & F Investments Group, LLC											Page	7

Invoice Dated: September 30, 2014

---

**Regarding:   Estate of H & F Investment Group LLC; Case No. 13-31939**

For Professional Services Rendered Through August 31, 2014						Invoice #:  6458
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| | **Sale of Assets** | | |
| 9/16/2013 | Prepare memorandum regarding terms of agreement with MB Bank; review title work and request update to title (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 9/17/2013 | Research issues related to motion to dismiss (.5); review issues related to clearing title (.5); telephone conference with MB Bank's counsel regarding agreement to sell (.4); telephone conference with J. Joseph regarding representing Trustee (.4).<br>Zane L. Zielinski | 1.80<br>$365.00 | $657.00 |
| 9/18/2013 | Review and revise motion to employ broker (1.0); review listing agreement (.5).<br>Zane L. Zielinski | 1.50<br>$365.00 | $547.50 |
| 10/4/2013 | Review rent payments received, and prepare memorandum regarding rent role, and outstanding payments (1.09); communicate with Jason Torf regarding same (.2)<br>Zane L. Zielinski | 1.20<br>$365.00 | $438.00 |
| 10/10/2013 | Draft Amended Affidavit.<br>Zane L. Zielinski | 0.70<br>$365.00 | $255.50 |
| 10/11/2013 | Proofread and revise Reply in Support of Motion to Employ Real Estate Broker (.30) and electronically file same (.20).<br>Christina Carpenter | 0.50<br>$145.00 | $72.50 |
| 10/11/2013 | Draft amended affidavit for hearing (.4); draft reply in support of our motion (1.0).<br>Zane L. Zielinski | 1.40<br>$365.00 | $511.00 |
| 10/16/2013 | Confer with broker regarding status (.3); confer with owner regarding turnover (.3); communicate with owner's counsel regarding documents (.1).<br>Zane L. Zielinski | 0.70<br>$365.00 | $255.50 |
| 10/17/2013 | Review real estate documents (.5).<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 10/23/2013 | Prepare for and appear in court on motion to employ broker (1.0); meet with S. Backer regarding leases and rents (.5); review leases (.5); telephone conference with tenant regarding non-payment of rent (.5); telephone conference with Bank regarding environmental issues (.4); telephone conference with company that prepared environmental report | 3.20<br>$365.00 | $1,168.00 |

Estate of H & F Investments Group, LLC                                                                Page   8

Invoice Dated:  September 30, 2014

---

**Regarding:**   Estate of H & F Investment Group LLC; Case No. 13-31939

For Professional Services Rendered Through August 31, 2014                              Invoice #:  6458
Per Attached Description:

|  | Hours | Amount |
|---|---|---|
| (.3).<br>Zane L. Zielinski | | |
| 10/24/2013 Review follow-up on environmental reports.<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 10/24/2013 Review offer to buy.<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 10/25/2013 Telephone conference with S. Backer regarding environmental issues (.2); telephone conference with tenant regarding status (.1).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 10/28/2013 Review and respond to issues related to sale.<br>Zane L. Zielinski | 0.20<br>$365.00 | $73.00 |
| 10/29/2013 Review various documents related to case and tenants.<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 10/31/2013 Prepare memorandum on uncollected rents (.3); review sale brochure for real estate (.2); review environmental reports (.2).<br>Zane L. Zielinski | 0.70<br>$365.00 | $255.50 |
| 11/1/2013 Review brochure for real estate.<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 11/5/2013 Review leases.<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 11/7/2013 Communicate with broker regarding sale status.<br>Zane L. Zielinski | 0.20<br>$365.00 | $73.00 |
| 11/12/2013 Review offer to purchase, and work on standard contract to purchase.<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 11/14/2013 Prepare due diligence documents for sale of real estate including rent role.<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 11/15/2013 Review sale offers and respond.<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 11/19/2013 Review documents regarding status of real estate (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |

Estate of H & F Investments Group, LLC                                                    Page    9

Invoice Dated:   September 30, 2014

---

**Regarding:    Estate of H & F Investment Group LLC; Case No. 13-31939**

For Professional Services Rendered Through August 31, 2014                    Invoice #:   6458
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| 11/22/2013 | Telephone conference with debtor's attorney regarding foreclosure (.3); review status of sale and prepare documents (.7); review environmental report (.5); prepare memorandum on status of sale efforts (.4).<br>Zane L. Zielinski | 1.90<br>$365.00 | $693.50 |
| 11/25/2013 | Telephone conference with broker regarding status.<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 12/12/2013 | Review sale offers and related counterproposals.<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 12/17/2013 | Review environmental information.<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 12/18/2013 | Review receipt and management company report.<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 12/19/2013 | Telephone conference with broker regarding sale process (.3); confer with Frances Gecker regarding status (.2); telephone conference with potential buyer regarding sale (.1).<br>Zane L. Zielinski | 0.60<br>$365.00 | $219.00 |
| 1/2/2014 | Prepare documents and communicate with potential buyer.<br>Zane L. Zielinski | 0.50<br>$375.00 | $187.50 |
| 1/2/2014 | Telephone conference with creditor regarding status.<br>Zane L. Zielinski | 0.20<br>$375.00 | $75.00 |
| 1/3/2014 | Communicate with broker regarding status.<br>Zane L. Zielinski | 0.30<br>$375.00 | $112.50 |
| 1/7/2014 | Review environmental documents.<br>Zane L. Zielinski | 0.30<br>$375.00 | $112.50 |
| 1/8/2014 | Telephone conference with potential buyer.<br>Zane L. Zielinski | 0.20<br>$375.00 | $75.00 |
| 1/8/2014 | Telephone conference with lender regarding stipulation and environmental issues (.6); review and forward signed stipulation for foreclosure case (.4); prepare sale list for lender (.3).<br>Zane L. Zielinski | 1.30<br>$375.00 | $487.50 |
| 1/13/2014 | Review offer to purchase for $1.5 M<br>Zane L. Zielinski | 0.40<br>$375.00 | $150.00 |

Estate of H & F Investments Group, LLC                                                                Page   10

Invoice Dated:  September 30, 2014

**Regarding:** Estate of H & F Investment Group LLC; Case No. 13-31939

For Professional Services Rendered Through August 31, 2014                    Invoice #:  6458
Per Attached Description:

| Date | Description | Hours | Amount |
|---|---|---|---|
| 1/20/2014 | Review Calumet Park environmental documents.<br>Zane L. Zielinski | 0.50<br>$375.00 | $187.50 |
| 1/21/2014 | Review environmental documents and prepare letter of direction to real estate broker.<br>Zane L. Zielinski | 2.00<br>$375.00 | $750.00 |
| 1/22/2014 | Review environmental database for compliance issues (.3); communicate with lender regarding same (.2).<br>Zane L. Zielinski | 0.50<br>$375.00 | $187.50 |
| 2/14/2014 | Review budget for property (.5); prepare and forward same to lender (.1).<br>Zane L. Zielinski | 0.60<br>$375.00 | $225.00 |
| 2/17/2014 | Review various offers to purchase (.4); telephone call with broker/manager regarding status of case (.3).<br>Zane L. Zielinski | 0.70<br>$375.00 | $262.50 |
| 3/10/2014 | telephone call with bank's counsel related to sale or real estate.<br>Zane L. Zielinski | 0.40<br>$375.00 | $150.00 |
| 3/12/2014 | Review contracts to purchase real estate, and start drafting motion to sell real estate.<br>Zane L. Zielinski | 2.00<br>$375.00 | $750.00 |
| 3/13/2014 | Review and revise motion to sell real estate.<br>Zane L. Zielinski | 1.50<br>$375.00 | $562.50 |
| 3/14/2014 | Review title report for sale of real estate.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 3/14/2014 | revise motion to sell.<br>Zane L. Zielinski | 0.50<br>$375.00 | $187.50 |
| 3/20/2014 | Telephone call with counsel for potential buyer related to offer to buyer real estate.<br>Zane L. Zielinski | 0.40<br>$375.00 | $150.00 |
| 3/20/2014 | Telephone call with buyer regarding details of offer to purchase (.4); review and prepare memorandum to buyer related to changes in the contract price (.5).<br>Zane L. Zielinski | 0.90<br>$375.00 | $337.50 |

Estate of H & F Investments Group, LLC                                                                Page 11

Invoice Dated:  September 30, 2014

---

**Regarding:**   Estate of H & F Investment Group LLC; Case No. 13-31939

For Professional Services Rendered Through August 31, 2014                    Invoice #:  6458
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| 3/21/2014 | finalize terms of second bidder on sale of real estate.<br>Zane L. Zielinski | 0.50<br>$375.00 | $187.50 |
| 3/24/2014 | Revise motion to sell (1.0); telephone conference with potential buyer regarding offer (.4).<br>Zane L. Zielinski | 1.40<br>$375.00 | $525.00 |
| 3/25/2014 | telephone call with third potential buyer related to sale of building (.3); review and revise motion to approve sale (1.1).<br>Zane L. Zielinski | 1.40<br>$375.00 | $525.00 |
| 3/26/2014 | Review and revise motion to sell real estate.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 3/26/2014 | review update Letter of intent from buyer (.3); telephone call with buyer's counsel regarding same (.2).<br>Zane L. Zielinski | 0.50<br>$375.00 | $187.50 |
| 3/27/2014 | Review and forward contract for sale to buyer.<br>Zane L. Zielinski | 0.40<br>$375.00 | $150.00 |
| 4/2/2014 | Prepare for and appear in court on motion to sell.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 4/4/2014 | Review details with escrow deposit, and sale commission.<br>Zane L. Zielinski | 0.30<br>$375.00 | $112.50 |
| 4/16/2014 | Review details related to first buyer's financing and waiving contingency; review communication refusing waiving contingencies under contract.<br>Zane L. Zielinski | 0.40<br>$375.00 | $150.00 |
| 4/23/2014 | Communicate with lender regarding closing numbers.<br>Zane L. Zielinski | 0.20<br>$375.00 | $75.00 |
| 4/25/2014 | Review various details related to sale of real estate.<br>Zane L. Zielinski | 0.50<br>$375.00 | $187.50 |
| 4/28/2014 | Review closing numbers and rent rolls for closing (1.0); review revised contract (.5); coordinate with property manager regarding inspection and related issues (.5).<br>Zane L. Zielinski | 2.00<br>$375.00 | $750.00 |

Estate of H & F Investments Group, LLC                                                                        Page 12

Invoice Dated:    September 30, 2014

**Regarding:    Estate of H & F Investment Group LLC; Case No. 13-31939**

For Professional Services Rendered Through August 31, 2014                    Invoice #:   6458
Per Attached Description:

|  | Hours | Amount |  |
|---|---|---|---|
| 4/29/2014 Review revised contract to purchase, review environmental representations and enclosures, and review related closing documents. Zane L. Zielinski | 1.60 $375.00 | $600.00 | |
| 4/29/2014 Review revised contract to purchase, review environmental representations and enclosures, and review related closing documents. Zane L. Zielinski | 1.60 $375.00 | $600.00 | (1) Typo - repeat of above entry |
| 4/30/2014 Telephone conference with lender regarding payoff request (.2); telephone conference with buyer regarding status of contract (.1); telephone conference with broker regarding closing matters (.2); review inspector report (.3). Zane L. Zielinski | 0.80 $375.00 | $300.00 | |
| 5/1/2014 Prepare draft closing numbers, prepare assignment of leases, and prepare rental closing credit numbers. Zane L. Zielinski | 1.50 $375.00 | $562.50 | |
| 5/2/2014 Review title issues with Chicago Title, MB Financial, and Windfall Plaza, due to title exception raised by Chicago title (1.0); telephone call with CTT and Windfall Plaza regarding closing issues (.4). Zane L. Zielinski | 1.40 $375.00 | $525.00 | |
| 5/5/2014 Draft motion to enforce sale order (2.0); conference with Chicago Title regarding scope of order, etc (.4). Zane L. Zielinski | 2.40 $375.00 | $900.00 | |
| 5/6/2014 Review title documents, draft Trustee's Deed, draft transfer forms (1.0) conference with real estate broker regarding closing stamps (.2). Zane L. Zielinski | 1.20 $375.00 | $450.00 | |
| 5/7/2014 Prepare for and appear in court on motion to enforce order. Zane L. Zielinski | 1.50 $375.00 | $562.50 | |
| 5/7/2014 Telephone conference with Calumet City regarding sale issues. Zane L. Zielinski | 0.30 $375.00 | $112.50 | |
| 5/7/2014 Draft closing documents and escrow agreement. Zane L. Zielinski | 1.50 $375.00 | $562.50 | |
| 5/7/2014 Prepare for and attend real estate closing. Zane L. Zielinski | 2.50 $375.00 | $937.50 | |

Estate of H & F Investments Group, LLC                                                      Page    13

Invoice Dated:  September 30, 2014

**Regarding:**    **Estate of H & F Investment Group LLC; Case No. 13-31939**

For Professional Services Rendered Through August 31, 2014                Invoice #:  6458
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| 5/8/2014 | Review post closing details, checks to be forwarded, and final managements related invoices.<br>Zane L. Zielinski | 1.00<br>$375.00 | $375.00 |
| 5/14/2014 | Review issues regarding earnest money.<br>Zane L. Zielinski | 0.50<br>$375.00 | $187.50 |
| 5/14/2014 | Review issues with respect to notification of management.<br>Zane L. Zielinski | 0.20<br>$375.00 | $75.00 |
| 6/2/2014 | Review details on post-closing matters from sale of real estate.<br>Zane L. Zielinski | 0.30<br>$375.00 | $112.50 |
| 6/20/2014 | Communications regarding earnest money.<br>Zane L. Zielinski | 0.30<br>$375.00 | $112.50 |
| 7/28/2014 | Review turnover motion.<br>Zane L. Zielinski | 0.40<br>$375.00 | $150.00 |
| 8/19/2014 | Prepare for and appear in court on motion to compel release of earnest money (1.0); conference with MB bank's counsel regarding same (.3).<br>Zane L. Zielinski | 1.30<br>$375.00 | $487.50 |

Total Charges This Matter                                                            66.10$24,457.50

Estate of H & F Investments Group, LLC                                                                      Page   14

Invoice Dated:   September 30, 2014

---

**Regarding:**   Estate of H & F Investment Group LLC; Case No. 13-31939

For Professional Services Rendered Through August 31, 2014                        Invoice #:   6458
Per Attached Description:

|  | Hours | Amount |
|---|---|---|
|  | 105.30 | $38,139.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeremy C. Kleinman | 1.60 | 385.00 | $616.00 |
| Zane L. Zielinski | 60.00 | 375.00 | $22,500.00 |
| Zane L. Zielinski | 38.90 | 365.00 | $14,198.50 |
| Christina Carpenter | 0.50 | 145.00 | $72.50 |
| Christina S. Smith | 4.30 | 175.00 | $752.50 |

Disbursements:

Expenses

| Date | Description | Amount |
|---|---|---|
| 9/25/2013 | Federal Express delivery to Mr. Devin Thomas. | 12.99 |
|  | Federal Express delivery to d/b/a 127 Beauty. | 12.99 |
|  | Federal Express delivery to CAL Discount Inc. | 12.99 |
|  | Federal Express delivery to Calumet Oaks Family Restaurant. | 12.99 |
|  | Federal Express delivery to Donald Minefee, Jr. | 12.99 |
|  | Federal Express delivery to Amazing Nutrition Company. | 16.49 |
| 10/14/2013 | Federal Express delivery to Nancy Nguyen. | 16.14 |
| 12/20/2013 | Postage. | 0.92 |
| 2/14/2014 | Federal Express delivery to Michael Kenney. | 16.85 |
| 3/6/2014 | Postage. | 0.48 |
| 3/21/2014 | Federal Express delivery to Carlo, Quality Plumbing and Construction. | 40.00 |
| 3/26/2014 | Court Filing Fee - Motion to Sell Real Estate free and clear of liens | 176.00 |
|  | Postage. | 17.85 |
| 4/10/2014 | Postage. | 0.48 |
| 4/23/2014 | Postage. | 0.48 |
| 4/30/2014 | Postage. | 0.96 |
| 5/16/2014 | Messenger delivery to Roser. | 5.52 |
| 8/6/2014 | Postage. | 0.48 |

Total Charges This Matter                                                                                   357.60

Estate of H & F Investments Group, LLC                                              Page    15

Invoice Dated: September 30, 2014

---

**Regarding:   Estate of H & F Investment Group LLC; Case No. 13-31939**

For Professional Services Rendered Through August 31, 2014                  Invoice #:   6458
Per Attached Description:

|  | Amount |
|---|---|
| Total Expenses | $357.60 |
| **Total Due: This Matter** | **$38,497.10** |