# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 13-31939 JSB | Judge: | Janet S. Baer | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | H & F INVESTMENT GROUP LLC, | | | Date Filed (f) or Converted (c): | 08/09/2013 (f) |
| | | | | 341(a) Meeting Date: | 09/27/2013 |
| For Period Ending: | 03/31/2016 | | | Claims Bar Date: | 07/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate  Shopping Ctr. at 1401-13 W. 127th St., Calumet Park, IL 60827 | 1,800,000.00 | 0.00 | | 1,200,000.00 | FA |
| 2. CASH | 0.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 207.55 | 207.55 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE (u) | 0.00 | 0.00 | | 98,559.33 | FA |
| 5. INSURANCE POLICIES (u)  Insurance Claim payment for damage suffered from frozen pipes. | 0.00 | 13,452.23 | | 13,452.23 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,800,207.55 | $13,659.78 | $1,312,011.56 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS REVIEWING CLAIMS AND PREPARING A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 12/15/2014    Current Projected Date of Final Report (TFR): 08/01/2016

Trustee Signature:    /s/ Frances Gecker    Date: 04/26/2016

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL  60654
(312) 276-1401

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-31939 | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | H & F INVESTMENT GROUP LLC, | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1988 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3893 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7457 | Transfer of Funds | 9999-000 | $51,607.21 | | $51,607.21 |
| 07/08/15 | | Transfer to Acct # xxxxxx7457 | Transfer of Funds | 9999-000 | | $74.24 | $51,532.97 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.30 | $51,473.67 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.52 | $51,397.15 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.95 | $51,323.20 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.30 | $51,246.90 |
| 11/11/15 | 5001 | ALAN D. LASKO & ASSOCIATES, P.C. 205 W. Randolph Street Suite 1150 Chicago, Illinois 60606 | First AND FINAL FEE APPLICATION Order dated November 10, 2015 | | | $6,043.74 | $45,203.16 |
| | | ALAN D. LASKO & ASSOCIATES, P.C. | ($6,013.50) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES, P.C. | ($30.24) | 3420-000 | | | |
| 02/15/16 | 5002 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $29.71 | $45,173.45 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $51,607.21 | $6,433.76 |
| Less: Bank Transfers/CD's | $51,607.21 | $74.24 |
| Subtotal | $0.00 | $6,359.52 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $6,359.52 |

| | | |
|---|---:|---:|
| Page Subtotals: | $51,607.21 | $6,433.76 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-31939 | Trustee Name: | Frances Gecker |
| Case Name: | H & F INVESTMENT GROUP LLC, | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7457 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX3893 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/13 | 4 | DEVIN THOMAS<br>Infinite Style BarbershopMONEY ORDER | RENT | 1221-000 | $2,973.55 | | $2,973.55 |
| 09/09/13 | 4 | H&F INVESTMENT GROUP LLC<br>11244 S. Harlem Ave.Worth, IL  60482 | Rent | 1221-000 | $1,302.09 | | $4,275.64 |
| 09/09/13 | 4 | H&F INVESTMENT GROUP LLC<br>11244 S. Harlem Ave.Worth, IL  60482 | Rent | 1221-000 | $765.17 | | $5,040.81 |
| 09/09/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $6,040.81 |
| 09/09/13 | 4 | CAL DISCOUNT INC.<br>1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $9,340.81 |
| 09/09/13 | 4 | AMAZING NUTRITION COMPANY<br>12242 S. Normal Ave.Chicago, IL  60628 | Rent | 1221-000 | $1,500.00 | | $10,840.81 |
| 09/16/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $11,840.81 |
| 09/24/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $12,644.78 |
| 09/24/13 | 4 | Reverses Deposit # 3 | Returned check for NSF. | 1221-000 | ($765.17) | | $11,879.61 |
| 09/24/13 | 4 | Reverses Deposit # 2 | Returned check for NSF. | 1221-000 | ($1,302.09) | | $10,577.52 |
| 10/01/13 | 4 | CAL DISCOUNT INC.<br>1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $13,877.52 |
| 10/02/13 | 4 | STATE FARM INSURANCE<br>1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $16,217.78 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.63 | $16,207.15 |
| 10/16/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $17,207.15 |

Page Subtotals:  $17,217.78   $10.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7457 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty 1413 W. 127th St., Suite 1 Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $18,207.15 |
| 10/21/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty 1413 W. 127th St., Suite 1 Calumet Park, IL 60827 | Rent | 1221-000 | $803.97 | | $19,011.12 |
| 11/01/13 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS 1413 W. 127th St. Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 | | $21,315.12 |
| 11/01/13 | 4 | CAL DISCOUNT INC. 1413 W. 127th St., Suite F Calumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 | | $24,615.12 |
| 11/01/13 | 4 | HORIZON CONSTRUCTION TEAM LLC 11244 S. Harlem Ave. Worth, IL 60482 | CHECKING, SAVINGS, FINANCIAL ACCOUNTS | 1221-000 | $4,644.26 | | $29,259.38 |
| 11/01/13 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit H Calumet Park, IL 60827-6019 Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $31,599.64 |
| 11/06/13 | 4 | AMAZING NUTRITION COMPANY 12242 S. Normal Ave. Chicago, IL 60628 | Rent | 1221-000 | $1,500.00 | | $33,099.64 |
| 11/06/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty 1413 W. 127th St., Suite 1 Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $34,099.64 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.53 | $34,074.11 |
| 11/13/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty 1413 W. 127th St., Suite 1 Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $35,074.11 |
| 11/13/13 | 4 | Reverses Deposit # 16 | Check returned | 1221-000 | ($4,644.26) | | $30,429.85 |
| 11/14/13 | 4 | Reverses Deposit # 18 | Check returned | 1221-000 | ($1,500.00) | | $28,929.85 |
| 11/19/13 | 4 | HOSAM BADER CASHIER'S CHECK | CHECKING, SAVINGS, FINANCIAL ACCOUNTS | 1221-000 | $4,644.20 | | $33,574.05 |
| 11/19/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty 1413 W. 127th St., Suite 1 Calumet Park, IL 60827 | Rent | 1221-000 | $803.97 | | $34,378.02 |
| | | | Page Subtotals: | | $17,196.40 | $25.53 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-31939  
Case Name: H & F INVESTMENT GROUP LLC,  
Taxpayer ID No: XX-XXX3893  
For Period Ending: 03/31/2016  

Trustee Name: Frances Gecker  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7457  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/13 | 4 | DEVIN THOMAS<br>Infinite Styles Barbershop1413 W. 127th St.Unit DCalumet Park, IL | Rent | 1221-000 | $2,900.00 | | $37,278.02 |
| 11/21/13 | 10000 | STATE FARM INSURANCE<br>P.O. Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $791.50 | $36,486.52 |
| 11/22/13 | 4 | NANCY NGUYEN<br>d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL  60827 | Rent | 1221-000 | $2,304.00 | | $38,790.52 |
| 12/02/13 | 4 | STATE FARM INSURANCE<br>1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $41,130.78 |
| 12/05/13 | 4 | NANCY NGUYEN<br>d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL  60827 | Rent | 1221-000 | $2,304.00 | | $43,434.78 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $46.38 | $43,388.40 |
| 12/09/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $44,388.40 |
| 12/13/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $45,388.40 |
| 12/13/13 | 4 | CAL DISCOUNT INC.<br>1413 W. 127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $48,688.40 |
| 12/20/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $49,492.37 |
| 12/20/13 | 10001 | STATE FARM INSURANCE<br>P.O. Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $792.50 | $48,699.87 |
| 12/20/13 | 10002 | ANDRE D. FIELDS<br>1413 W. 127th StreetCalumet Park, IL  60827 | Final Invoice Parking Lot Cleaning | 2690-000 | | $500.00 | $48,199.87 |
| 01/03/14 | 4 | NANCY NGUYEN<br>d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL  60827 | Rent | 1221-000 | $2,304.00 | | $50,503.87 |

Page Subtotals: $18,256.23    $2,130.38

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-31939 | Trustee Name: | Frances Gecker |
| Case Name: | H & F INVESTMENT GROUP LLC, | Bank Name: | The Bank of New York Mellon |
|  |  | Account Number/CD#: | XXXXXX7457 |
|  |  |  | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX3893 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/14 | 4 | STATE FARM INSURANCE<br>1413 W. 127th St., Unit HCalumet Park, IL 60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 |  | $52,844.13 |
| 01/03/14 | 10003 | STATE FARM INSURANCE<br>P.O. Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 |  | $792.50 | $52,051.63 |
| 01/08/14 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 |  | $53,051.63 |
| 01/08/14 | 4 | CAL DISCOUNT INC.<br>1413 W. 127th St., Suite FCalumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 |  | $56,351.63 |
| 01/08/14 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | $68.11 | $56,283.52 |
| 01/15/14 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 |  | $57,283.52 |
| 01/22/14 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $803.97 |  | $58,087.49 |
| 02/03/14 | 4 | STATE FARM INSURANCE<br>1413 W. 127th St., Unit HCalumet Park, IL 60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 |  | $60,427.75 |
| 02/03/14 | 10004 | INTERNATIONAL SURETIES, LTD.<br>Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 |  | $87.07 | $60,340.68 |
| 02/06/14 | 4 | NANCY NGUYEN<br>d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 |  | $62,644.68 |
| 02/07/14 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | $82.37 | $62,562.31 |
| 02/10/14 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 |  | $63,562.31 |
| 02/10/14 | 4 | CAL DISCOUNT INC.<br>1413 W. 127th St., Suite FCalumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 |  | $66,862.31 |
|  |  |  | Page Subtotals: |  | $17,388.49 | $1,030.05 |  |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-31939  
Case Name: H & F INVESTMENT GROUP LLC,  
Taxpayer ID No: XX-XXX3893  
For Period Ending: 03/31/2016  

Trustee Name: Frances Gecker  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7457  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/14 | 10005 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC 707 SKOKIE BLVD., SUITE 580 NORTHBROOK, IL 60062 | Court Order dated 2/12/14 | 2690-000 | | $17,302.19 | $49,560.12 |
| 02/19/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty 1413 W. 127th St., Suite 1 Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $50,560.12 |
| 02/19/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty 1413 W. 127th St., Suite 1 Calumet Park, IL 60827 | Rent | 1221-000 | $803.97 | | $51,364.09 |
| 02/21/14 | 4 | DEVIN THOMAS Infinite Styles Barbershop 1413 W. 127th St. Unit D Calumet Park, IL | Rent | 1221-000 | $2,900.00 | | $54,264.09 |
| 03/03/14 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS 1413 W. 127th St. Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 | | $56,568.09 |
| 03/06/14 | 10006 | STATE FARM INSURANCE P.O. Box 2329 Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $397.75 | $56,170.34 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $81.51 | $56,088.83 |
| 03/11/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty 1413 W. 127th St., Suite 1 Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $57,088.83 |
| 03/11/14 | 4 | CAL DISCOUNT INC. 1413 W. 127th St., Suite F Calumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 | | $60,388.83 |
| 03/13/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty 1413 W. 127th St., Suite 1 Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $61,388.83 |
| 03/14/14 | 10007 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC 707 SKOKIE BLVD., SUITE 580 NORTHBROOK, IL 60062 | Court Order dated 2/12/14 | 2690-000 | | $8,008.00 | $53,380.83 |
| 03/20/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty 1413 W. 127th St., Suite 1 Calumet Park, IL 60827 | Rent | 1221-000 | $803.97 | | $54,184.80 |
| 03/20/14 | 10007 | Reverses Check # 10007 | Court Order dated 2/12/14 Total invoice is being disputed. | 2690-000 | | ($8,008.00) | $62,192.80 |
| | | | Page Subtotals: | | $13,111.94 | $17,781.45 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-31939
Case Name: H & F INVESTMENT GROUP LLC,
Taxpayer ID No: XX-XXX3893
For Period Ending: 03/31/2016

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7457
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/14 | 10008 | QUALITY PLUMBING AND CONSTRUCTION 4425 Maple Ave.Stickney, IL  60402 | Service Invoice #23-14 Project Address: 1413 W. 127 Street Calumet Park, IL | 2690-000 | | $6,610.00 | $55,582.80 |
| 03/25/14 | 5 | STATE FARM FIRE AND CASUALTY COMPAN CLAIM NO. 13-404V-407LOSS DATE: 1-23-14 | Rent | 1290-000 | $13,452.23 | | $69,035.03 |
| 03/25/14 | 10009 | QUALITY PLUMBING AND CONSTRUCTION 4425 Maple Ave.Stickney, IL  60402 | Service Invoice #23-14 Project Address: 1413 W. 127 Street Calumet Park, IL | 2690-000 | | $6,610.00 | $62,425.03 |
| 03/27/14 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $64,765.29 |
| 04/02/14 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $67,105.55 |
| 04/03/14 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL  60827 | Rent | 1221-000 | $2,304.00 | | $69,409.55 |
| 04/03/14 | 10010 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 | 2690-000 | | $8,008.00 | $61,401.55 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $89.55 | $61,312.00 |
| 04/08/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $62,312.00 |
| 04/09/14 | 10011 | STATE FARM INSURANCE P.O.  Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $404.33 | $61,907.67 |
| 04/11/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $62,907.67 |

Page Subtotals:  $22,436.75   $21,721.88

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7457 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/15/14 | 10012 | COMED<br>PO BOX 6111CAROL STREAM, IL 60197-6111 | Account No. 1966038014 | 2690-000 | | $409.48 | $62,498.19 |
| 04/16/14 | 4 | CAL DISCOUNT INC.<br>1413 W. 127th St., Suite FCalumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 | | $65,798.19 |
| 04/17/14 | 10013 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 Frontline Invoice 4/8/14 for March and April, 2014 Management Fees | 2690-000 | | $3,507.52 | $62,290.67 |
| 04/22/14 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $803.97 | | $63,094.64 |
| 04/22/14 | 4 | DEVIN THOMAS<br>Infinite Styles Barbershop1413 W. 127th St.Unit DCalumet Park, IL | Rent | 1221-000 | $2,300.00 | | $65,394.64 |
| 04/22/14 | 10014 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 Nicor Gas and ComEd invoices paid by FL RC Management | 2690-000 | | $3,766.97 | $61,627.67 |
| 04/30/14 | 10015 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 Non-utility invoices. | 2690-000 | | $15,422.00 | $46,205.67 |
| 04/30/14 | 10016 | HOSAM BADER<br>c/o ANTHONY J. PERAICAANTHONY J. PERAICA & ASSOC. Ltd.5130 S. ARCHER AVENUECHICAGO, IL 60632 | ORDER DATED 4/29/14 ADMIN. CLAIM FOR OUT OF POCKET EXPENSES | 2420-000 | | $5,268.50 | $40,937.17 |
| 05/07/14 | | CHICAGO TITLE & TRUST COMPANY 10 S. LASALLE STREETCHICAGO, IL 60603 | SALE OF REAL ESTATE | | $50,000.00 | | $90,937.17 |
| | | | Gross Receipts        $1,200,000.00 | | | | |
| | | MB FINANCIAL BANK/Environmental Escrow Holdback<br>MB FINANCIAL BANK, N.A.<br>ATTN: ROBERT ROMERO<br>6111 NORTH RIVER ROAD<br>ROASEMONT, IL 60018 | FIRST MORTGAGE        ($100,000.00) | 4110-000 | | | |

Page Subtotals:  $56,403.97   $28,374.47

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7457 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | MB FINANCIAL BANK<br>MB FINANCIAL BANK, N.A.<br>ATTN: ROBERT ROMERO<br>6111 NORTH RIVER ROAD<br>ROASEMONT, IL 60018 | FIRST MORTGAGE   ($917,151.23) | 4110-000 | | | |
| | | FRONTLINE MANAGEMENT<br>FRONTLINE MANAGEMENT | BROKER'S COMMISSION   ($48,000.00) | 3510-000 | | | |
| | | RIDGELINE CONSULTANTS LLC<br>RIDGELINE CONSULTANTS LLC | Survey Fee   ($3,021.55) | 2500-000 | | | |
| | | CHICAGO TITLE | TAXES AND CLOSING COSTS   ($4,419.00) | 2500-000 | | | |
| | | TRANSAMERICA<br>TRANSAMERICA | COOPERATING BROKER'S COMMISSION   ($24,000.00) | 3510-000 | | | |
| | | FRONTLINE - REIMBURSEMENT | INSPECTION FEE   ($600.00) | 2500-000 | | | |
| | | ILLINOIS REAL ESTATE TAXES | 2013 REAL ESTATE TAXES   ($24,771.33) | 2820-000 | | | |
| | | ILLINOIS REAL ESTATE TAXES | 2014 REAL ESTATE TAXES   ($17,957.52) | 2820-000 | | | |
| | | SELLER CREDIT | RENT CREDIT   ($694.37) | 2410-000 | | | |
| | | SELLER CREDIT | SECURITY DEPOSIT CREDIT   ($9,385.00) | 2410-000 | | | |
| | 1 | | Real Estate   $1,200,000.00 | 1110-000 | | | |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $94.84 | $90,842.33 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $123.96 | $90,718.37 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $130.52 | $90,587.85 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $134.68 | $90,453.17 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $134.48 | $90,318.69 |

Page Subtotals:   $0.00   $618.48

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7457 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $129.96 | $90,188.73 |
| 10/24/14 | 10017 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Order dated 10/22/14<br>First Interim Fee Application | 3110-000 | | $37,897.10 | $52,291.63 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $126.82 | $52,164.81 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.07 | $52,089.74 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.44 | $52,012.30 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.33 | $51,934.97 |
| 02/10/15 | 10018 | ARTHUR B. LEVINE COMPANY<br>Attn: Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $29.66 | $51,905.31 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.73 | $51,835.58 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.06 | $51,758.52 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.47 | $51,684.05 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.84 | $51,607.21 |
| 07/08/15 | | Transfer from Acct # xxxxxx1988 | Transfer of Funds | 9999-000 | $74.24 | | $51,681.45 |
| 07/08/15 | | Transfer to Acct # xxxxxx1988 | Transfer of Funds | 9999-000 | | $51,607.21 | $74.24 |
| | | | Page Subtotals: | | $74.24 | $90,318.69 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-31939　　　　　　　　　　　　　　　　　　　　　　　　　Trustee Name: Frances Gecker
Case Name: H & F INVESTMENT GROUP LLC,　　　　　　　　　　　　　Bank Name: The Bank of New York Mellon
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX7457
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking Account (Non-Interest Earn
Taxpayer ID No: XX-XXX3893　　　　　　　　　　　　　　　　　　Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 03/31/2016　　　　　　　　　　　　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 |  | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 |  | $74.24 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $162,085.80 | $162,085.80 |
| Less: Bank Transfers/CD's | $74.24 | $51,607.21 |
| Subtotal | $162,011.56 | $110,478.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $162,011.56 | $110,478.59 |

Page Subtotals:　　　　　　　　　　　　　　　　　　　　　$0.00　　　　　$74.24

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1988 - Checking | $0.00 | $6,359.52 | $45,173.45 |
| XXXXXX7457 - Checking Account (Non-Interest Earn | $162,011.56 | $110,478.59 | $0.00 |
|  | $162,011.56 | $116,838.11 | $45,173.45 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $1,150,000.00 |
|---|---|
| Total Net Deposits: | $162,011.56 |
| Total Gross Receipts: | $1,312,011.56 |

Trustee Signature:   /s/ Frances Gecker   Date: 04/26/2016

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL  60654
(312) 276-1401

Page Subtotals:                                                    $0.00            $0.00