# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| H & F INVESTMENT GROUP LLC, | § | Case No. 13-31939 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 08/09/2013 .   The undersigned trustee was appointed on  09/27/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                     $       1,312,011.56

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 247,519.29 |
| Bank service fees | 2,167.59 |
| Other payments to creditors | 1,017,151.23 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]           $ | 45,173.45 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  07/07/2014  and the deadline for filing governmental claims was  07/07/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 62,610.35 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 41,233.54 , for a total compensation of $ 41,233.54 [2] . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2] .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/25/2017                    By:/s/Frances Gecker
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**Page: 1**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-31939 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | H & F INVESTMENT GROUP LLC, | | | | Date Filed (f) or Converted (c): | 08/09/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/27/2013 |
| For Period Ending: | 01/25/2017 | | | | Claims Bar Date: | 07/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate | 1,800,000.00 | 0.00 | | 1,200,000.00 | FA |
| Shopping Ctr. at 1401-13 W. 127th St., Calumet Park, IL 60827 | | | | | |
| 2. CASH | 0.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT | 207.55 | 207.55 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE (u) | 0.00 | 0.00 | | 98,559.33 | FA |
| 5. INSURANCE POLICIES (u) | 0.00 | 13,452.23 | | 13,452.23 | FA |
| Insurance Claim payment for damage suffered from frozen pipes. | | | | | |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,800,207.55          $13,659.78          $1,312,011.56          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THERE IS A TAX ISSUE WITH THE IRS IN THIS CASE BEFORE THE TRUSTEE CAN SUBMIT A TFR.

Initial Projected Date of Final Report (TFR): 12/15/2014          Current Projected Date of Final Report (TFR): 06/24/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-31939 | | Trustee Name: | Frances Gecker |
| Case Name: | H & F INVESTMENT GROUP LLC, | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX1988 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX3893 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/25/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7457 | Transfer of Funds | 9999-000 | $51,607.21 | | $51,607.21 |
| 07/08/15 | | Transfer to Acct # xxxxxx7457 | Transfer of Funds | 9999-000 | | $74.24 | $51,532.97 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.30 | $51,473.67 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.52 | $51,397.15 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.95 | $51,323.20 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.30 | $51,246.90 |
| 11/11/15 | 5001 | ALAN D. LASKO & ASSOCIATES, P.C. 205 W. Randolph Street Suite 1150 Chicago, Illinois 60606 | First AND FINAL FEE APPLICATION Order dated November 10, 2015 | | | $6,043.74 | $45,203.16 |
| | | ALAN D. LASKO & ASSOCIATES, P.C. | ($6,013.50) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES, P.C. | ($30.24) | 3420-000 | | | |
| 02/15/16 | 5002 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $29.71 | $45,173.45 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $51,607.21 | $6,433.76 |
| Less: Bank Transfers/CD's | | $51,607.21 | $74.24 |
| Subtotal | | $0.00 | $6,359.52 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $0.00 | $6,359.52 |

| | | |
|---|---|---|
| Page Subtotals: | $51,607.21 | $6,433.76 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7457 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/13 | 4 | DEVIN THOMAS<br>Infinite Style BarbershopMONEY ORDER | RENT | 1221-000 | $2,973.55 | | $2,973.55 |
| 09/09/13 | 4 | H&F INVESTMENT GROUP LLC<br>11244 S. Harlem Ave.Worth, IL  60482 | Rent | 1221-000 | $1,302.09 | | $4,275.64 |
| 09/09/13 | 4 | H&F INVESTMENT GROUP LLC<br>11244 S. Harlem Ave.Worth, IL  60482 | Rent | 1221-000 | $765.17 | | $5,040.81 |
| 09/09/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $6,040.81 |
| 09/09/13 | 4 | CAL DISCOUNT INC.<br>1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $9,340.81 |
| 09/09/13 | 4 | AMAZING NUTRITION COMPANY<br>12242 S. Normal Ave.Chicago, IL  60628 | Rent | 1221-000 | $1,500.00 | | $10,840.81 |
| 09/16/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $11,840.81 |
| 09/24/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $12,644.78 |
| 09/24/13 | 4 | Reverses Deposit # 3 | Returned check for NSF. | 1221-000 | ($765.17) | | $11,879.61 |
| 09/24/13 | 4 | Reverses Deposit # 2 | Returned check for NSF. | 1221-000 | ($1,302.09) | | $10,577.52 |
| 10/01/13 | 4 | CAL DISCOUNT INC.<br>1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $13,877.52 |
| 10/02/13 | 4 | STATE FARM INSURANCE<br>1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $16,217.78 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.63 | $16,207.15 |
| 10/16/13 | 4 | UP-PER CORPORATION<br>d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $17,207.15 |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker | |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7457 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/25/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $18,207.15 |
| 10/21/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $19,011.12 |
| 11/01/13 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL  60827 | Rent | 1221-000 | $2,304.00 | | $21,315.12 |
| 11/01/13 | 4 | CAL DISCOUNT INC. 1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $24,615.12 |
| 11/01/13 | 4 | HORIZON CONSTRUCTION TEAM LLC 11244 S. Harlem Ave.Worth, IL  60482 | CHECKING, SAVINGS, FINANCIAL ACCOUNTS | 1221-000 | $4,644.26 | | $29,259.38 |
| 11/01/13 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $31,599.64 |
| 11/06/13 | 4 | AMAZING NUTRITION COMPANY 12242 S. Normal Ave.Chicago, IL  60628 | Rent | 1221-000 | $1,500.00 | | $33,099.64 |
| 11/06/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $34,099.64 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.53 | $34,074.11 |
| 11/13/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $35,074.11 |
| 11/13/13 | 4 | Reverses Deposit # 16 | Check returned | 1221-000 | ($4,644.26) | | $30,429.85 |
| 11/14/13 | 4 | Reverses Deposit # 18 | Check returned | 1221-000 | ($1,500.00) | | $28,929.85 |
| 11/19/13 | 4 | HOSAM BADER CASHIER'S CHECK | CHECKING, SAVINGS, FINANCIAL ACCOUNTS | 1221-000 | $4,644.20 | | $33,574.05 |
| 11/19/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $34,378.02 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-31939
Case Name: H & F INVESTMENT GROUP LLC,

Taxpayer ID No: XX-XXX3893
For Period Ending: 01/25/2017

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7457
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/13 | 4 | DEVIN THOMAS Infinite Styles Barbershop1413 W. 127th St.Unit DCalumet Park, IL | Rent | 1221-000 | $2,900.00 | | $37,278.02 |
| 11/21/13 | 10000 | STATE FARM INSURANCE P.O. Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $791.50 | $36,486.52 |
| 11/22/13 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 | | $38,790.52 |
| 12/02/13 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL 60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $41,130.78 |
| 12/05/13 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 | | $43,434.78 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $46.38 | $43,388.40 |
| 12/09/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $44,388.40 |
| 12/13/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $45,388.40 |
| 12/13/13 | 4 | CAL DISCOUNT INC. 1413 W. 127th St., Suite FCalumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 | | $48,688.40 |
| 12/20/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $803.97 | | $49,492.37 |
| 12/20/13 | 10001 | STATE FARM INSURANCE P.O. Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $792.50 | $48,699.87 |
| 12/20/13 | 10002 | ANDRE D. FIELDS 1413 W. 127th StreetCalumet Park, IL 60827 | Final Invoice Parking Lot Cleaning | 2690-000 | | $500.00 | $48,199.87 |
| 01/03/14 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 | | $50,503.87 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:           $18,256.23        $2,130.38

Case 13-31939   Doc 140   Filed 03/31/17   Entered 03/31/17 19:51:55   Desc Main

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 8 of 20

FORM 2

Exhibit B

Case No: 13-31939
Case Name: H & F INVESTMENT GROUP LLC,

Taxpayer ID No: XX-XXX3893
For Period Ending: 01/25/2017

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7457
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/14 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $52,844.13 |
| 01/03/14 | 10003 | STATE FARM INSURANCE P.O.  Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $792.50 | $52,051.63 |
| 01/08/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $53,051.63 |
| 01/08/14 | 4 | CAL DISCOUNT INC. 1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $56,351.63 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $68.11 | $56,283.52 |
| 01/15/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $57,283.52 |
| 01/22/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $58,087.49 |
| 02/03/14 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $60,427.75 |
| 02/03/14 | 10004 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $87.07 | $60,340.68 |
| 02/06/14 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL  60827 | Rent | 1221-000 | $2,304.00 | | $62,644.68 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $82.37 | $62,562.31 |
| 02/10/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $63,562.31 |
| 02/10/14 | 4 | CAL DISCOUNT INC. 1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $66,862.31 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*       Page Subtotals:       $17,388.49       $1,030.05

Case 13-31939  Doc 140  Filed 03/31/17  Entered 03/31/17 19:51:55  Desc Main
Document  Page 9 of 20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | Exhibit B |

Case No: 13-31939
Case Name: H & F INVESTMENT GROUP LLC,

Taxpayer ID No: XX-XXX3893
For Period Ending: 01/25/2017

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7457
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/14 | 10005 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 | 2690-000 | | $17,302.19 | $49,560.12 |
| 02/19/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $50,560.12 |
| 02/19/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $51,364.09 |
| 02/21/14 | 4 | DEVIN THOMAS Infinite Styles Barbershop1413 W. 127th St.Unit DCalumet Park, IL | Rent | 1221-000 | $2,900.00 | | $54,264.09 |
| 03/03/14 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL  60827 | Rent | 1221-000 | $2,304.00 | | $56,568.09 |
| 03/06/14 | 10006 | STATE FARM INSURANCE P.O.  Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $397.75 | $56,170.34 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $81.51 | $56,088.83 |
| 03/11/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $57,088.83 |
| 03/11/14 | 4 | CAL DISCOUNT INC. 1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $60,388.83 |
| 03/13/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $61,388.83 |
| 03/14/14 | 10007 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 | 2690-000 | | $8,008.00 | $53,380.83 |
| 03/20/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $54,184.80 |
| 03/20/14 | 10007 | Reverses Check # 10007 | Court Order dated 2/12/14 Total invoice is being disputed. | 2690-000 | | ($8,008.00) | $62,192.80 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*    Page Subtotals:    $13,111.94    $17,781.45

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-31939

Case Name: H & F INVESTMENT GROUP LLC,

Taxpayer ID No: XX-XXX3893

For Period Ending: 01/25/2017

Trustee Name: Frances Gecker

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7457

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/14 | 10008 | QUALITY PLUMBING AND CONSTRUCTION 4425 Maple Ave.Stickney, IL 60402 | Service Invoice #23-14 Project Address: 1413 W. 127 Street Calumet Park, IL | 2690-000 | | $6,610.00 | $55,582.80 |
| 03/25/14 | 5 | STATE FARM FIRE AND CASUALTY COMPAN CLAIM NO. 13-404V-407LOSS DATE: 1-23-14 | Rent | 1290-000 | $13,452.23 | | $69,035.03 |
| 03/25/14 | 10009 | QUALITY PLUMBING AND CONSTRUCTION 4425 Maple Ave.Stickney, IL 60402 | Service Invoice #23-14 Project Address: 1413 W. 127 Street Calumet Park, IL | 2690-000 | | $6,610.00 | $62,425.03 |
| 03/27/14 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL 60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $64,765.29 |
| 04/02/14 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL 60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $67,105.55 |
| 04/03/14 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 | | $69,409.55 |
| 04/03/14 | 10010 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 | 2690-000 | | $8,008.00 | $61,401.55 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $89.55 | $61,312.00 |
| 04/08/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $62,312.00 |
| 04/09/14 | 10011 | STATE FARM INSURANCE P.O. Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $404.33 | $61,907.67 |
| 04/11/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $62,907.67 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*        Page Subtotals:        $22,436.75        $21,721.88

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker | |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7457 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/25/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/15/14 | 10012 | COMED PO BOX 6111CAROL STREAM, IL 60197-6111 | Account No. 1966038014 | 2690-000 | | $409.48 | $62,498.19 |
| 04/16/14 | 4 | CAL DISCOUNT INC. 1413 W. 127th St., Suite FCalumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 | | $65,798.19 |
| 04/17/14 | 10013 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 Frontline Invoice 4/8/14 for March and April, 2014 Management Fees | 2690-000 | | $3,507.52 | $62,290.67 |
| 04/22/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $803.97 | | $63,094.64 |
| 04/22/14 | 4 | DEVIN THOMAS Infinite Styles Barbershop1413 W. 127th St.Unit DCalumet Park, IL | Rent | 1221-000 | $2,300.00 | | $65,394.64 |
| 04/22/14 | 10014 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 Nicor Gas and ComEd invoices paid by FL RC Management | 2690-000 | | $3,766.97 | $61,627.67 |
| 04/30/14 | 10015 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 Non-utility invoices. | 2690-000 | | $15,422.00 | $46,205.67 |
| 04/30/14 | 10016 | HOSAM BADER c/o ANTHONY J. PERAICAANTHONY J. PERAICA & ASSOC. Ltd.5130 S. ARCHER AVENUECHICAGO, IL 60632 | ORDER DATED 4/29/14 ADMIN. CLAIM FOR OUT OF POCKET EXPENSES | 2420-000 | | $5,268.50 | $40,937.17 |
| 05/07/14 | | CHICAGO TITLE & TRUST COMPANY 10 S. LASALLE STREETCHICAGO, IL 60603 | SALE OF REAL ESTATE | | $50,000.00 | | $90,937.17 |
| | | | Gross Receipts          $1,200,000.00 | | | | |
| | | MB FINANCIAL BANK/Environmental Escrow Holdback MB FINANCIAL BANK, N.A. ATTN: ROBERT ROMERO 6111 NORTH RIVER ROAD ROASEMONT, IL 60018 | FIRST MORTGAGE          ($100,000.00) | 4110-000 | | | |

| | | | | |
|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 11)* | | Page Subtotals: | $56,403.97 | $28,374.47 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7457 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | | Uniform Tran. Code | | | |
| | | MB FINANCIAL BANK MB FINANCIAL BANK, N.A. ATTN: ROBERT ROMERO 6111 NORTH RIVER ROAD ROASEMONT, IL 60018 | FIRST MORTGAGE ($917,151.23) | 4110-000 | | | |
| | | FRONTLINE MANAGEMENT FRONTLINE MANAGEMENT | BROKER'S COMMISSION ($48,000.00) | 3510-000 | | | |
| | | RIDGELINE CONSULTANTS LLC RIDGELINE CONSULTANTS LLC | Survey Fee ($3,021.55) | 2500-000 | | | |
| | | CHICAGO TITLE | TAXES AND CLOSING COSTS ($4,419.00) | 2500-000 | | | |
| | | TRANSAMERICA TRANSAMERICA | COOPERATING BROKER'S COMMISSION ($24,000.00) | 3510-000 | | | |
| | | FRONTLINE - REIMBURSEMENT | INSPECTION FEE ($600.00) | 2500-000 | | | |
| | | ILLINOIS REAL ESTATE TAXES | 2013 REAL ESTATE TAXES ($24,771.33) | 2820-000 | | | |
| | | ILLINOIS REAL ESTATE TAXES | 2014 REAL ESTATE TAXES ($17,957.52) | 2820-000 | | | |
| | | SELLER CREDIT | RENT CREDIT ($694.37) | 2410-000 | | | |
| | | SELLER CREDIT | SECURITY DEPOSIT CREDIT ($9,385.00) | 2410-000 | | | |
| | 1 | | Real Estate $1,200,000.00 | 1110-000 | | | |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $94.84 | $90,842.33 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $123.96 | $90,718.37 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $130.52 | $90,587.85 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $134.68 | $90,453.17 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $134.48 | $90,318.69 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7457 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/25/2017 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $129.96 | $90,188.73 |
| 10/24/14 | 10017 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL  60654 | Order dated 10/22/14 First Interim Fee Application | | | $37,897.10 | $52,291.63 |
| | | FRANKGECKER LLP | ($37,539.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | ($357.60) | 3120-000 | | | |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $126.82 | $52,164.81 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $75.07 | $52,089.74 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $77.44 | $52,012.30 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $77.33 | $51,934.97 |
| 02/10/15 | 10018 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY  10165 | Bond No. 10BSBGR6291 | 2300-000 | | $29.66 | $51,905.31 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $69.73 | $51,835.58 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $77.06 | $51,758.52 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $74.47 | $51,684.05 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $76.84 | $51,607.21 |

| | | | |
|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 13)* | Page Subtotals: | $0.00 | $38,711.48 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker | |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7457 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/25/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx1988 | Transfer of Funds | 9999-000 | $74.24 | | $51,681.45 |
| 07/08/15 | | Transfer to Acct # xxxxxx1988 | Transfer of Funds | 9999-000 | | $51,607.21 | $74.24 |
| 07/08/15 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $74.24 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $162,085.80 | $162,085.80 |
| Less: Bank Transfers/CD's | | $74.24 | $51,607.21 |
| Subtotal | | $162,011.56 | $110,478.59 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $162,011.56 | $110,478.59 |

Page Subtotals:   $74.24   $51,681.45

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1988 - Checking | $0.00 | $6,359.52 | $45,173.45 |
| XXXXXX7457 - Checking Account (Non-Interest Earn | $162,011.56 | $110,478.59 | $0.00 |
|  | $162,011.56 | $116,838.11 | $45,173.45 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $1,150,000.00 |
|---|---|
| Total Net Deposits: | $162,011.56 |
| Total Gross Receipts: | $1,312,011.56 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-31939-JSB
Debtor Name: H & F INVESTMENT GROUP LLC,
Claims Bar Date: 7/7/2014

Date: January 25, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3410 | ALAN D. LASKO & ASSOCIATES, P.C. 205 W. Randolph Street Suite 1150 Chicago, Illinois 60606 | Administrative | SECOND AND FINAL FEE APPLICATION | $0.00 | $3,897.00 | $3,897.00 |
| 200 3410 | ALAN D. LASKO & ASSOCIATES, P.C. 205 W. Randolph Street Suite 1150 Chicago, Illinois 60606 | Administrative | | $0.00 | $6,013.50 | $6,013.50 |
| 200 3420 | ALAN D. LASKO & ASSOCIATES, P.C. 205 W. Randolph Street Suite 1150 Chicago, Illinois 60606 | Administrative | | $0.00 | $30.24 | $30.24 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES, P.C. 205 W. Randolph Street Suite 1150 Chicago, Illinois 60606 | Administrative | SECOND AND FINAL FEE APPLICATION | $0.00 | $42.91 | $42.91 |
| 999 2420 | HOSAM BADER c/o ANTHONY J. PERAICA ANTHONY J. PERAICA & ASSOC. Ltd. 5130 S. ARCHER AVENUE CHICAGO, IL 60632 | Administrative | | $0.00 | $5,268.50 | $5,268.50 |
| 200 3110 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $37,539.50 | $37,539.50 |
| 100 3120 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Administrative | | $0.00 | $357.60 | $357.60 |
| 200 3510 | FRONTLINE REAL ESTATE PARTNERS 707 Skokie Blvd. Suite 580 Northbrook, IL 60062 | Administrative | Broker's Commission | $0.00 | $48,000.00 | $48,000.00 |
| 100 2100 | Frances Gecker 325 N. LaSalle Street Chicago, IL 60654 | Administrative | | $0.00 | $41,233.54 | $41,233.54 |

Printed: January 25, 2017

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-31939-JSB                                                                                                                      Date: January 25, 2017

Debtor Name: H & F INVESTMENT GROUP LLC,

Claims Bar Date: 7/7/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| BOND 999 2300 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | Extended Check Description Notes from conversion:<br>BOND NO. 016026455 | $0.00 | $87.07 | $87.07 |
| 2 400 4110 | SELCO INDUSTRIES, INC.<br>C/O LYMAN & NIELSEN LLC<br>1301 W 22ND ST., #914<br>OAK BROOK IL 60523 | Secured | | $0.00 | $81,205.00 | $81,205.00 |
| 5 400 4110 | MB FINANCIAL BANK<br>MB FINANCIAL BANK, N.A.<br>ATTN: ROBERT ROMERO<br>6111 NORTH RIVER ROAD<br>ROASEMONT, IL 60018 | Secured | | $0.00 | $1,250,000.00 | $1,250,000.00 |
| 1 300 7100 | COMMONWEALTH EDISON COMPANY<br>BANKRUPTCY DEPARTMENT<br>THREE LINCOLN CENTER<br>OAKBROOK TERRACE, IL 60181 | Unsecured | | $0.00 | $5,737.62 | $5,737.62 |
| 3 300 7100 | NAVARRO"S HEATING & COOLING(RAMON NAVARRO)<br>LAW OFFICE OF VICTOR P ARMENDARIZ<br>1700 S FIRST AVENUE<br>MAYWOOD IL 60153 | Unsecured | | $0.00 | $5,380.00 | $5,380.00 |
| 4 300 7100 | DYNAMIC INDUSTRIES<br>16W236 94TH STREET<br>BURR RIDGE IL 60527 | Unsecured | | $0.00 | $26,130.00 | $26,130.00 |
| 5 300 7100 | MB FINANCIAL BANK<br>MB FINANCIAL BANK, N.A.<br>ATTN: ROBERT ROMERO<br>6111 NORTH RIVER ROAD<br>ROASEMONT, IL 60018 | Unsecured | | $0.00 | $957,800.33 | $957,800.33 |
| 6 400 7100 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Unsecured | INTEREST ON PREPETITION PARTNERSHIP TAX PERIODS<br>LATE FILED CLAIM | $0.00 | $6,493.96 | $6,493.96 |
| | Case Totals | | | $0.00 | $2,475,216.77 | $2,475,216.77 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-31939
Case Name: H & F INVESTMENT GROUP LLC,
Trustee Name: Frances Gecker

Balance on hand                                            $           45,173.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | SELCO INDUSTRIES, INC. | $        81,205.00 | $        81,205.00 | $            0.00 | $            0.00 |
| 5 | MB FINANCIAL BANK | $    1,250,000.00 | $    1,250,000.00 | $    1,017,151.23 | $            0.00 |

Total to be paid to secured creditors          $            0.00

Remaining Balance                              $        45,173.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $        41,233.54 | $            0.00 | $        41,233.54 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $        37,539.50 | $        37,539.50 | $            0.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $            357.60 | $            357.60 | $            0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $        9,910.50 | $        6,013.50 | $        3,897.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $            73.15 | $            30.24 | $            42.91 |
| Other: FRONTLINE REAL ESTATE PARTNERS | $        48,000.00 | $        48,000.00 | $            0.00 |
| Other: HOSAM BADER | $        5,268.50 | $        5,268.50 | $            0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: INTERNATIONAL SURETIES LTD. | $ 87.07 | $ 87.07 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $_____45,173.45

Remaining Balance        $_____0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,001,541.91  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMMONWEALTH EDISON COMPANY | $ 5,737.62 | $ 0.00 | $ 0.00 |
| 3 | NAVARRO"S HEATING & COOLING(RAMON NAVARRO) | $ 5,380.00 | $ 0.00 | $ 0.00 |
| 4 | DYNAMIC INDUSTRIES | $ 26,130.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | MB FINANCIAL BANK | $          957,800.33 | $          0.00 | $          0.00 |
| 6 | INTERNAL REVENUE SERVICE | $          6,493.96 | $          0.00 | $          0.00 |

Total to be paid to timely general unsecured creditors        $_____0.00

Remaining Balance        $_____0.00

　　　　Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

　　　　Tardily filed general (unsecured) claims are as follows:

NONE

　　　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

　　　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE