# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-31939 |
| | ) | |
| H & F INVESTMENT GROUP LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

## CERTIFICATE OF NOTICE

I, Christina Smith, declare under the penalty of perjury that on April 4, 2017, I have sent the attached NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) to the parties listed in the manner shown and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

_____
Christina Smith

SWORN TO AND SUBSCRIBED TO
Before me this 4th day of April, 2017.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MICHAEL H. MATLOCK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 08-22-2017

{HFINVEST/001/00049638.DOCX/}

# Mailing Information for Case 13-31939

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Frances Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;csmith@fgllp.com
- Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com;csmith@fgllp.com;mmatlock@fgllp.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Jennifer A Nielsen    jnielsen@lymannielsen.com, dbutusov@lymannielsen.com
- Michael W Ott    mott@schiffhardin.com, dgordon@schiffhardin.com
- Anthony J Peraica    peraicalaw@aol.com, cwinans@peraica.com
- Zane L Zielinski    zzielinski@wfactorlaw.com, fax@zanezielinski.com

## Manual Notice List – U.S. MAIL

COMMONWEALTH EDISON COMPANY
Bankruptcy Department
Three Lincoln Center
Oakbrook Terrace, IL 60181

Navarro's Heating & Cooling(Ramon Navarro)
Law Office of Victor P Armendariz
1700 S First Avenue
Maywood IL 60153

MB Financial Bank, N.A.
Attn: Robert Romero
6111 North River Road
Roasemont, IL 60018

Selco Industries, Inc.
c/o Lyman & Nielsen LLC
1301 W 22nd St., #914
Oak Brook IL 60523

Dynamic Industries
16W236 94th Street
Burr Ridge IL 60527

Department of Treasury Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| H & F INVESTMENT GROUP LLC, | § § | Case No. 13-31939 |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/03/2017 in Courtroom 744 (Judge Timothy A. Barnes),

EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/03/2017            By: /s/ Frances Gecker
                                        Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| H & F INVESTMENT GROUP LLC, | § | Case No. 13-31939 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,312,011.56 |
| and approved disbursements of | $ | 1,266,838.11 |
| leaving a balance on hand of[1] | $ | 45,173.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | SELCO INDUSTRIES, INC. | $ 81,205.00 | $ 81,205.00 | $ 0.00 | $ 0.00 |
| 5 | MB FINANCIAL BANK | $ 1,250,000.00 | $ 1,250,000.00 | $ 1,017,151.23 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 45,173.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 41,233.54 | $ 0.00 | $ 41,233.54 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 37,539.50 | $ 37,539.50 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 357.60 | $ 357.60 | $ 0.00 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 9,910.50 | $ 6,013.50 | $ 3,897.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 73.15 | $ 30.24 | $ 42.91 |
| Other: FRONTLINE REAL ESTATE PARTNERS | $ 48,000.00 | $ 48,000.00 | $ 0.00 |
| Other: HOSAM BADER | $ 5,268.50 | $ 5,268.50 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 87.07 | $ 87.07 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses         $         45,173.45

Remaining Balance                                              $              0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,001,541.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COMMONWEALTH EDISON COMPANY | $ 5,737.62 | $ 0.00 | $ 0.00 |
| 3 | NAVARRO"S HEATING & COOLING(RAMON NAVARRO) | $ 5,380.00 | $ 0.00 | $ 0.00 |
| 4 | DYNAMIC INDUSTRIES | $ 26,130.00 | $ 0.00 | $ 0.00 |
| 5 | MB FINANCIAL BANK | $ 957,800.33 | $ 0.00 | $ 0.00 |
| 6 | INTERNAL REVENUE SERVICE | $ 6,493.96 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
                     Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.