# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| H & F INVESTMENT GROUP LLC, | § | Case No. 13-31939 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 207.55
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants:  1,017,151.23

Claims Discharged
Without Payment:  NA

Total Expenses of Administration:  294,860.33

3) Total gross receipts of $ 1,312,011.56  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 1,312,011.56  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,865,400.00 | $ 1,331,205.00 | $ 1,331,205.00 | $ 1,017,151.23 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 294,860.33 | 294,860.33 | 294,860.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 139,099.32 | 1,001,541.91 | 1,001,541.91 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,004,499.32 | $ 2,627,607.24 | $ 2,627,607.24 | $ 1,312,011.56 |

4)  This case was originally filed under chapter 7 on  08/09/2013 .  The case was pending for 49 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/03/2017                    By:/s/Frances Gecker
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate | 1110-000 | 1,200,000.00 |
| ACCOUNTS RECEIVABLE | 1221-000 | 98,559.33 |
| INSURANCE POLICIES | 1290-000 | 13,452.23 |
| TOTAL GROSS RECEIPTS | | $ 1,312,011.56 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | MB FINANCIAL BANK | 4110-000 | 1,800,000.00 | 1,250,000.00 | 1,250,000.00 | 1,017,151.23 |
| 2 | SELCO INDUSTRIES, INC. | 4110-000 | 65,400.00 | 81,205.00 | 81,205.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,865,400.00 | $ 1,331,205.00 | $ 1,331,205.00 | $ 1,017,151.23 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 41,233.54 | 41,233.54 | 41,233.54 |
| ADAMS-LEVINE | 2300-000 | NA | 29.71 | 29.71 | 29.71 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 29.66 | 29.66 | 29.66 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 87.07 | 87.07 | 87.07 |
| SELLER CREDIT | 2410-000 | NA | 10,079.37 | 10,079.37 | 10,079.37 |
| HOSAM BADER | 2420-000 | NA | 5,268.50 | 5,268.50 | 5,268.50 |
| CHICAGO TITLE | 2500-000 | NA | 4,419.00 | 4,419.00 | 4,419.00 |
| FRONTLINE - REIMBURSEMENT | 2500-000 | NA | 600.00 | 600.00 | 600.00 |
| RIDGELINE CONSULTANTS LLC | 2500-000 | NA | 3,021.55 | 3,021.55 | 3,021.55 |
| Associated Bank | 2600-000 | NA | 286.07 | 286.07 | 286.07 |
| Bank of New York Mellon | 2600-000 | NA | 1,152.52 | 1,152.52 | 1,152.52 |
| The Bank of New York Mellon | 2600-000 | NA | 729.00 | 729.00 | 729.00 |
| 1413 W. 127th Street Calumet Park, IL  60827 | 2690-000 | NA | 500.00 | 500.00 | 500.00 |
| 4425 Maple Ave. Stickney, IL  60402 | 2690-000 | NA | 13,220.00 | 13,220.00 | 13,220.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FL RC MANAGEMENT, LLC<br>707 SKOKIE BLVD., SUITE 580<br>NORTHBROOK, IL  60062 | 2690-000 | NA | 48,006.68 | 48,006.68 | 48,006.68 |
| P.O.  Box 2329<br>Bloomington, IL | 2690-000 | NA | 3,178.58 | 3,178.58 | 3,178.58 |
| PO BOX 6111<br>CAROL STREAM, IL  60197-6111 | 2690-000 | NA | 409.48 | 409.48 | 409.48 |
| ILLINOIS REAL ESTATE TAXES | 2820-000 | NA | 42,728.85 | 42,728.85 | 42,728.85 |
| FRANKGECKER LLP | 3110-000 | NA | 37,539.50 | 37,539.50 | 37,539.50 |
| FRANKGECKER LLP | 3120-000 | NA | 357.60 | 357.60 | 357.60 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 9,910.50 | 9,910.50 | 9,910.50 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | NA | 73.15 | 73.15 | 73.15 |
| FRONTLINE REAL ESTATE PARTNERS | 3510-000 | NA | 48,000.00 | 48,000.00 | 48,000.00 |
| TRANSAMERICA | 3510-000 | NA | 24,000.00 | 24,000.00 | 24,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 294,860.33 | $ 294,860.33 | $ 294,860.33 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CROWN BRICK & SUPPLY INC. | | 10,843.00 | NA | NA | 0.00 |
| | JOSEPH A. SCHUDT & ASSOC. | | 9,677.99 | NA | NA | 0.00 |
| | NEW MILLENIUM BUILDING | | 22,774.40 | NA | NA | 0.00 |
| | NICOR GAS | | 7,382.87 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | QUALITY ENVIRONMENTAL | | 58,686.58 | NA | NA | 0.00 |
| | SANDRICK LAW FIRM LLC | | 4,500.00 | NA | NA | 0.00 |
| | SELCO INDUSTRIES, INC. | | 1,275.00 | NA | NA | 0.00 |
| | VCNA PRAIRIE INC. | | 5,643.00 | NA | NA | 0.00 |
| 1 | COMMONWEALTH EDISON COMPANY | 7100-000 | 5,737.62 | 5,737.62 | 5,737.62 | 0.00 |
| 4 | DYNAMIC INDUSTRIES | 7100-000 | 12,578.86 | 26,130.00 | 26,130.00 | 0.00 |
| 6 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 6,493.96 | 6,493.96 | 0.00 |
| 5 | MB FINANCIAL BANK | 7100-000 | NA | 957,800.33 | 957,800.33 | 0.00 |
| 3 | NAVARRO"S HEATING & COOLING(RAMON NAVARRO) | 7100-000 | NA | 5,380.00 | 5,380.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 139,099.32 | $ 1,001,541.91 | $ 1,001,541.91 | $ 0.00 |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-31939 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | H & F INVESTMENT GROUP LLC, | | | | Date Filed (f) or Converted (c): | 08/09/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/27/2013 |
| For Period Ending: | 08/03/2017 | | | | Claims Bar Date: | 07/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Real Estate  Shopping Ctr. at 1401-13 W. 127th St., Calumet Park, IL 60827 | 1,800,000.00 | 0.00 | | 1,200,000.00 | FA |
| 2.  CASH | 0.00 | 0.00 | | 0.00 | FA |
| 3.  CHECKING ACCOUNT | 207.55 | 207.55 | | 0.00 | FA |
| 4.  ACCOUNTS RECEIVABLE          (u) | 0.00 | 0.00 | | 98,559.33 | FA |
| 5.  INSURANCE POLICIES          (u)  Insurance Claim payment for damage suffered from frozen pipes. | 0.00 | 13,452.23 | | 13,452.23 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,800,207.55 | $13,659.78 | | $1,312,011.56 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED WITH THE COURT.

Initial Projected Date of Final Report (TFR): 12/15/2014        Current Projected Date of Final Report (TFR): 02/24/2017

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker | |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX1988 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7457 | Transfer of Funds | 9999-000 | $51,607.21 | | $51,607.21 |
| 07/08/15 | | Transfer to Acct # xxxxxx7457 | Transfer of Funds | 9999-000 | | $74.24 | $51,532.97 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.30 | $51,473.67 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.52 | $51,397.15 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $73.95 | $51,323.20 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.30 | $51,246.90 |
| 11/11/15 | 5001 | ALAN D. LASKO & ASSOCIATES, P.C. 205 W. Randolph Street Suite 1150 Chicago, Illinois 60606 | First AND FINAL FEE APPLICATION Order dated November 10, 2015 | | | $6,043.74 | $45,203.16 |
| | | ALAN D. LASKO & ASSOCIATES, P.C. | ($6,013.50) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES, P.C. | ($30.24) | 3420-000 | | | |
| 02/15/16 | 5002 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND NO. 10BSBGR6291 | 2300-000 | | $29.71 | $45,173.45 |
| 05/04/17 | 5003 | Gecker, Frances 325 N. LaSalle Street Chicago, IL 60654 | Trustee Compensation | 2100-000 | | $41,233.54 | $3,939.91 |
| 05/31/17 | 5004 | ALAN D. LASKO & ASSOCIATES, P.C. 205 W. Randolph Street Suite 1150 Chicago, Illinois 60606 | Distribution | | | $3,939.91 | $0.00 |
| | | ALAN D. LASKO & ASSOCIATES, P.C. | Final distribution representing a payment of 100.00 % per court order. ($3,897.00) | 3410-000 | | | |

| | | |
|---|---|---|
| Page Subtotals: | $51,607.21 | $51,607.21 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-31939
Case Name: H & F INVESTMENT GROUP LLC,

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1988
Checking

Taxpayer ID No: XX-XXX3893
For Period Ending: 08/03/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ALAN D. LASKO & ASSOCIATES, P.C. | Final distribution representing a payment of 100.00 % per court order. | ($42.91) | 3420-000 | | | |

|  | COLUMN TOTALS | $51,607.21 | $51,607.21 |
|---|---|---|---|
| | Less: Bank Transfers/CD's | $51,607.21 | $74.24 |
| | Subtotal | $0.00 | $51,532.97 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $51,532.97 |

| | Page Subtotals: | $0.00 | $0.00 |
|---|---|---|---|

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-31939
Case Name: H & F INVESTMENT GROUP LLC,

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7457
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX3893
For Period Ending: 08/03/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/13 | 4 | DEVIN THOMAS Infinite Style BarbershopMONEY ORDER | RENT | 1221-000 | $2,973.55 | | $2,973.55 |
| 09/09/13 | 4 | H&F INVESTMENT GROUP LLC 11244 S. Harlem Ave.Worth, IL  60482 | Rent | 1221-000 | $1,302.09 | | $4,275.64 |
| 09/09/13 | 4 | H&F INVESTMENT GROUP LLC 11244 S. Harlem Ave.Worth, IL  60482 | Rent | 1221-000 | $765.17 | | $5,040.81 |
| 09/09/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $6,040.81 |
| 09/09/13 | 4 | CAL DISCOUNT INC. 1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $9,340.81 |
| 09/09/13 | 4 | AMAZING NUTRITION COMPANY 12242 S. Normal Ave.Chicago, IL  60628 | Rent | 1221-000 | $1,500.00 | | $10,840.81 |
| 09/16/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $11,840.81 |
| 09/24/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $12,644.78 |
| 09/24/13 | 4 | Reverses Deposit # 3 | Returned check for NSF. | 1221-000 | ($765.17) | | $11,879.61 |
| 09/24/13 | 4 | Reverses Deposit # 2 | Returned check for NSF. | 1221-000 | ($1,302.09) | | $10,577.52 |
| 10/01/13 | 4 | CAL DISCOUNT INC. 1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $13,877.52 |
| 10/02/13 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $16,217.78 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.63 | $16,207.15 |
| 10/16/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $17,207.15 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Page Subtotals: $17,217.78  $10.63

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7457 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/16/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $18,207.15 |
| 10/21/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $19,011.12 |
| 11/01/13 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL  60827 | Rent | 1221-000 | $2,304.00 | | $21,315.12 |
| 11/01/13 | 4 | CAL DISCOUNT INC. 1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $24,615.12 |
| 11/01/13 | 4 | HORIZON CONSTRUCTION TEAM LLC 11244 S. Harlem Ave.Worth, IL  60482 | CHECKING, SAVINGS, FINANCIAL ACCOUNTS | 1221-000 | $4,644.26 | | $29,259.38 |
| 11/01/13 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $31,599.64 |
| 11/06/13 | 4 | AMAZING NUTRITION COMPANY 12242 S. Normal Ave.Chicago, IL  60628 | Rent | 1221-000 | $1,500.00 | | $33,099.64 |
| 11/06/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $34,099.64 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.53 | $34,074.11 |
| 11/13/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $35,074.11 |
| 11/13/13 | 4 | Reverses Deposit # 16 | Check returned | 1221-000 | ($4,644.26) | | $30,429.85 |
| 11/14/13 | 4 | Reverses Deposit # 18 | Check returned | 1221-000 | ($1,500.00) | | $28,929.85 |
| 11/19/13 | 4 | HOSAM BADER CASHIER'S CHECK | CHECKING, SAVINGS, FINANCIAL ACCOUNTS | 1221-000 | $4,644.20 | | $33,574.05 |
| 11/19/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $34,378.02 |
| | | | Page Subtotals: | | $17,196.40 | $25.53 | |

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-31939
Case Name: H & F INVESTMENT GROUP LLC,

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7457
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX3893
For Period Ending: 08/03/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/13 | 4 | DEVIN THOMAS Infinite Styles Barbershop1413 W. 127th St.Unit DCalumet Park, IL | Rent | 1221-000 | $2,900.00 | | $37,278.02 |
| 11/21/13 | 10000 | STATE FARM INSURANCE P.O. Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $791.50 | $36,486.52 |
| 11/22/13 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 | | $38,790.52 |
| 12/02/13 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL 60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $41,130.78 |
| 12/05/13 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 | | $43,434.78 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $46.38 | $43,388.40 |
| 12/09/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $44,388.40 |
| 12/13/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $45,388.40 |
| 12/13/13 | 4 | CAL DISCOUNT INC. 1413 W. 127th St., Suite FCalumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 | | $48,688.40 |
| 12/20/13 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $803.97 | | $49,492.37 |
| 12/20/13 | 10001 | STATE FARM INSURANCE P.O. Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $792.50 | $48,699.87 |
| 12/20/13 | 10002 | ANDRE D. FIELDS 1413 W. 127th StreetCalumet Park, IL 60827 | Final Invoice Parking Lot Cleaning | 2690-000 | | $500.00 | $48,199.87 |
| 01/03/14 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 | | $50,503.87 |

Page Subtotals: $18,256.23   $2,130.38

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-31939
Case Name: H & F INVESTMENT GROUP LLC,

Taxpayer ID No: XX-XXX3893
For Period Ending: 08/03/2017

Trustee Name: Frances Gecker
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX7457
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/03/14 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL 60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $52,844.13 |
| 01/03/14 | 10003 | STATE FARM INSURANCE P.O. Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $792.50 | $52,051.63 |
| 01/08/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $53,051.63 |
| 01/08/14 | 4 | CAL DISCOUNT INC. 1413 W. 127th St., Suite FCalumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 | | $56,351.63 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $68.11 | $56,283.52 |
| 01/15/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $57,283.52 |
| 01/22/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $803.97 | | $58,087.49 |
| 02/03/14 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL 60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $60,427.75 |
| 02/03/14 | 10004 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $87.07 | $60,340.68 |
| 02/06/14 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL 60827 | Rent | 1221-000 | $2,304.00 | | $62,644.68 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $82.37 | $62,562.31 |
| 02/10/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL 60827 | Rent | 1221-000 | $1,000.00 | | $63,562.31 |
| 02/10/14 | 4 | CAL DISCOUNT INC. 1413 W. 127th St., Suite FCalumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 | | $66,862.31 |

Page Subtotals: $17,388.49 $1,030.05

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-31939

Case Name: H & F INVESTMENT GROUP LLC,

Taxpayer ID No: XX-XXX3893

For Period Ending: 08/03/2017

Trustee Name: Frances Gecker

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX7457

Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/14/14 | 10005 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 | 2690-000 | | $17,302.19 | $49,560.12 |
| 02/19/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $50,560.12 |
| 02/19/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $51,364.09 |
| 02/21/14 | 4 | DEVIN THOMAS Infinite Styles Barbershop1413 W. 127th St.Unit DCalumet Park, IL | Rent | 1221-000 | $2,900.00 | | $54,264.09 |
| 03/03/14 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL  60827 | Rent | 1221-000 | $2,304.00 | | $56,568.09 |
| 03/06/14 | 10006 | STATE FARM INSURANCE P.O.  Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $397.75 | $56,170.34 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $81.51 | $56,088.83 |
| 03/11/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $57,088.83 |
| 03/11/14 | 4 | CAL DISCOUNT INC. 1413 W.  127th St., Suite FCalumet Park, IL  60827-6036 | Rent | 1221-000 | $3,300.00 | | $60,388.83 |
| 03/13/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $61,388.83 |
| 03/14/14 | 10007 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 | 2690-000 | | $8,008.00 | $53,380.83 |
| 03/20/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $54,184.80 |
| 03/20/14 | 10007 | Reverses Check # 10007 | Court Order dated 2/12/14 Total invoice is being disputed. | 2690-000 | | ($8,008.00) | $62,192.80 |

Page Subtotals:                    $13,111.94         $17,781.45

## FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker | |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX7457 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/14 | 10008 | QUALITY PLUMBING AND CONSTRUCTION 4425 Maple Ave.Stickney, IL  60402 | Service Invoice #23-14 Project Address: 1413 W. 127 Street Calumet Park, IL | 2690-000 | | $6,610.00 | $55,582.80 |
| 03/25/14 | 5 | STATE FARM FIRE AND CASUALTY COMPAN CLAIM NO. 13-404V-407LOSS DATE: 1-23-14 | Rent | 1290-000 | $13,452.23 | | $69,035.03 |
| 03/25/14 | 10009 | QUALITY PLUMBING AND CONSTRUCTION 4425 Maple Ave.Stickney, IL  60402 | Service Invoice #23-14 Project Address: 1413 W. 127 Street Calumet Park, IL | 2690-000 | | $6,610.00 | $62,425.03 |
| 03/27/14 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $64,765.29 |
| 04/02/14 | 4 | STATE FARM INSURANCE 1413 W. 127th St., Unit HCalumet Park, IL  60827-6019Donald Minefee CLU ChFc, Agent | Rent | 1221-000 | $2,340.26 | | $67,105.55 |
| 04/03/14 | 4 | NANCY NGUYEN d/b/a HAPPY NAILS1413 W. 127th St.Calumet Park, IL  60827 | Rent | 1221-000 | $2,304.00 | | $69,409.55 |
| 04/03/14 | 10010 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 | 2690-000 | | $8,008.00 | $61,401.55 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $89.55 | $61,312.00 |
| 04/08/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $62,312.00 |
| 04/09/14 | 10011 | STATE FARM INSURANCE P.O.  Box 2329Bloomington, IL | Insurance Policy 1211-6392-01 | 2690-000 | | $404.33 | $61,907.67 |
| 04/11/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $1,000.00 | | $62,907.67 |

| | | | Page Subtotals: | | $22,436.75 | $21,721.88 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  13-31939
Case Name:  H & F INVESTMENT GROUP LLC,

Trustee Name:  Frances Gecker
Bank Name:  The Bank of New York Mellon
Account Number/CD#:  XXXXXX7457
Checking Account (Non-Interest Earn

Taxpayer ID No:  XX-XXX3893
For Period Ending:  08/03/2017

Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/15/14 | 10012 | COMED PO BOX 6111CAROL STREAM, IL 60197-6111 | Account No. 1966038014 | 2690-000 | | $409.48 | $62,498.19 |
| 04/16/14 | 4 | CAL DISCOUNT INC. 1413 W. 127th St., Suite FCalumet Park, IL 60827-6036 | Rent | 1221-000 | $3,300.00 | | $65,798.19 |
| 04/17/14 | 10013 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 Frontline Invoice 4/8/14 for March and April, 2014 Management Fees | 2690-000 | | $3,507.52 | $62,290.67 |
| 04/22/14 | 4 | UP-PER CORPORATION d/b/a 127 Beauty1413 W. 127th St., Suite 1Calumet Park, IL  60827 | Rent | 1221-000 | $803.97 | | $63,094.64 |
| 04/22/14 | 4 | DEVIN THOMAS Infinite Styles Barbershop1413 W. 127th St.Unit DCalumet Park, IL | Rent | 1221-000 | $2,300.00 | | $65,394.64 |
| 04/22/14 | 10014 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 Nicor Gas and ComEd invoices paid by FL RC Management | 2690-000 | | $3,766.97 | $61,627.67 |
| 04/30/14 | 10015 | FRONTLINE REAL ESTATE PARTNERS FL RC MANAGEMENT, LLC707 SKOKIE BLVD., SUITE 580NORTHBROOK, IL 60062 | Court Order dated 2/12/14 Non-utility invoices. | 2690-000 | | $15,422.00 | $46,205.67 |
| 04/30/14 | 10016 | HOSAM BADER c/o ANTHONY  J. PERAICAANTHONY J. PERAICA & ASSOC. Ltd.5130 S. ARCHER AVENUECHICAGO, IL  60632 | ORDER DATED 4/29/14 ADMIN. CLAIM FOR OUT OF POCKET EXPENSES | 2420-000 | | $5,268.50 | $40,937.17 |
| 05/07/14 | | CHICAGO TITLE & TRUST COMPANY 10 S. LASALLE STREETCHICAGO, IL 60603 | SALE OF REAL ESTATE | | $50,000.00 | | $90,937.17 |
| | | | Gross Receipts          $1,200,000.00 | | | | |
| | | MB FINANCIAL BANK/Environmental Escrow Holdback MB FINANCIAL BANK, N.A. ATTN: ROBERT ROMERO 6111 NORTH RIVER ROAD ROASEMONT, IL 60018 | FIRST MORTGAGE          ($100,000.00) | 4110-000 | | | |

Page Subtotals:          $56,403.97          $28,374.47

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7457 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | MB FINANCIAL BANK<br>MB FINANCIAL BANK, N.A.<br>ATTN: ROBERT ROMERO<br>6111 NORTH RIVER ROAD<br>ROASEMONT, IL 60018 | FIRST MORTGAGE | ($917,151.23) | 4110-000 | | | |
| | | FRONTLINE MANAGEMENT<br>FRONTLINE MANAGEMENT | BROKER'S COMMISSION | ($48,000.00) | 3510-000 | | | |
| | | RIDGELINE CONSULTANTS LLC<br>RIDGELINE CONSULTANTS LLC | Survey Fee | ($3,021.55) | 2500-000 | | | |
| | | CHICAGO TITLE | TAXES AND CLOSING COSTS | ($4,419.00) | 2500-000 | | | |
| | | TRANSAMERICA<br>TRANSAMERICA | COOPERATING BROKER'S COMMISSION | ($24,000.00) | 3510-000 | | | |
| | | FRONTLINE - REIMBURSEMENT | INSPECTION FEE | ($600.00) | 2500-000 | | | |
| | | ILLINOIS REAL ESTATE TAXES | 2013 REAL ESTATE TAXES | ($24,771.33) | 2820-000 | | | |
| | | ILLINOIS REAL ESTATE TAXES | 2014 REAL ESTATE TAXES | ($17,957.52) | 2820-000 | | | |
| | | SELLER CREDIT | RENT CREDIT | ($694.37) | 2410-000 | | | |
| | | SELLER CREDIT | SECURITY DEPOSIT CREDIT | ($9,385.00) | 2410-000 | | | |
| | 1 | | Real Estate | $1,200,000.00 | 1110-000 | | | |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | $94.84 | $90,842.33 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | $123.96 | $90,718.37 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | $130.52 | $90,587.85 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | $134.68 | $90,453.17 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | | 2600-000 | | $134.48 | $90,318.69 |

Page Subtotals:                    $0.00        $618.48

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 13-31939 | | | | Trustee Name: Frances Gecker | | |
| Case Name: H & F INVESTMENT GROUP LLC, | | | | Bank Name: The Bank of New York Mellon | | |
| | | | | Account Number/CD#: XXXXXX7457 | | |
| | | | | Checking Account (Non-Interest Earn | | |
| Taxpayer ID No: XX-XXX3893 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 08/03/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $129.96 | $90,188.73 |
| 10/24/14 | 10017 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Order dated 10/22/14 First Interim Fee Application | | | $37,897.10 | $52,291.63 |
| | | FRANKGECKER LLP | ($37,539.50) | 3110-000 | | | |
| | | FRANKGECKER LLP | ($357.60) | 3120-000 | | | |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $126.82 | $52,164.81 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $75.07 | $52,089.74 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.44 | $52,012.30 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.33 | $51,934.97 |
| 02/10/15 | 10018 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $29.66 | $51,905.31 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.73 | $51,835.58 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.06 | $51,758.52 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.47 | $51,684.05 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.84 | $51,607.21 |

Page Subtotals:                                    $0.00        $38,711.48

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-31939 | Trustee Name: Frances Gecker |
| Case Name: H & F INVESTMENT GROUP LLC, | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7457 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3893 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx1988 | Transfer of Funds | 9999-000 | $74.24 | | $51,681.45 |
| 07/08/15 | | Transfer to Acct # xxxxxx1988 | Transfer of Funds | 9999-000 | | $51,607.21 | $74.24 |
| 07/08/15 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $74.24 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $162,085.80 | $162,085.80 |
| Less: Bank Transfers/CD's | $74.24 | $51,607.21 |
| Subtotal | $162,011.56 | $110,478.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $162,011.56 | $110,478.59 |

| | | |
|---|---|---|
| Page Subtotals: | $74.24 | $51,681.45 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1988 - Checking | $0.00 | $51,532.97 | $0.00 |
| XXXXXX7457 - Checking Account (Non-Interest Earn | $162,011.56 | $110,478.59 | $0.00 |
| | $162,011.56 | $162,011.56 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,150,000.00 |
| Total Net Deposits: | $162,011.56 |
| Total Gross Receipts: | $1,312,011.56 |

Page Subtotals:                                    $0.00            $0.00